UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBOSA DA CUNHA, Ricardo Aparecido | ) |
| | ) Case No. **1:25-cv-12797** |
| Petitioner, | ) |
| | ) **AMENDED PETITION** |
| v. | ) **FOR WRIT OF HABEAS CORPUS** |
| | ) |
| ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, and TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security, | ) |
| | ) |
| Respondents. | ) |

## INTRODUCTION

1. Petitioner BARBOSA DA CUNHA, Ricardo Aparecido ("Ricardo" or "Petitioner") is a Brazilian national in valid affirmative asylum applicant status. On information and belief, Ricardo was unlawfully detained by federal immigration agents on September 26, 2025, around 6 or 7 a.m. near the Home Depot located on Route 1 in Boston, Massachusetts ("MA");

2. Despite the Court's orders issued that same day not to move Ricardo out of the Commonwealth, on information and belief, Ricardo appeared on the Immigration and Customs Enforcement's ("ICE") Locator for the first time on Saturday, September 27, 2025, as being detained at the Buffalo Detention Facility, in Buffalo, New York ("NY"), in clear violation of the Court's orders. See 25-cv-12797-IT at #2. See also id. at #5;

1

3. To this date, and despite multiple efforts, including emails to ICE, neither Ricardo's family nor his counsel has been able to speak to the Petitioner. Because it is unclear when Ricardo was transferred out of the Commonwealth, the Defendants might have violated the Court's order. In any event, Defendants should explain why Ricardo was moved out of the Commonwealth;

4. At the time of detention, on information and belief, Petitioner carried a valid employment authorization card based on his pending Form I-589, application for asylum in the US, filed in good-faith, as well as a Massachusetts Drivers License. The reason why Ricardo was detained remains unclear;

5. Petitioner has filed a request for a Custody Redetermination hearing on September 26, 2025, with the Chelmsford, MA, Immigration Court ("EOIR"), and has been scheduled for a bond hearing on October 2, 2025. However, because the EOIR follows the Respondents' incorrect interpretation of the statutory provisions that govern detention of noncitizens in the United States ("US"), EOIR is likely to find at that bond hearing that the Immigration Judge ("IJ" or "Hearing Officer") lacks jurisdiction to entertain Ricardo's bond request;

6. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus;

7. Petitioner asks this Court to find that he was unlawfully detained and order his release.

## JURISDICTION

8. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

9. Venue is proper because Petitioner resides and was detained near or at the Route 1, Norwood Home Depot, in Norwood, MA, and on information and belief was initially detained in the District of Massachusetts at an undisclosed location;

**PARTIES AND FACTS ALLEGED**

10. As stated *supra,* despite the Court's orders issued on September 26, 2025, not to move Ricardo out of the Commonwealth, on information and belief Ricardo appeared on the Immigration and Customs Enforcement's ("ICE") Locator for the first time on Saturday, September 27, 2025, as being detained at the Buffalo Detention Facility, in Buffalo, NY. On information and belief, Ricardo continues to be detained in Buffalo, NY, as of September 30, 2025;

11. Ricardo is the father of two US citizen children, ages 12 and 17, and owns a small construction company along with his spouse, working as a carpenter and general contractor. At the time of his detention, Ricardo resided in Saugus, Massachusetts, with his family, at a property that the family had purchased around 2021;

12. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement;

13. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement;

14. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement;

15. Respondent Kristi Noem is the U.S. Secretary of Homeland Security;

16. Respondent Antone Moniz ("Moniz") is the Superintendent of the Plymouth County Correctional Facility. Initially, this party believed that Moniz was the petitioner's

immediate custodian;

17. All respondents are named in their official capacities;

18. The petitioner is a Brazilian national with an asylum application pending, which was filed in good faith, and not known criminal history. On information and belief, Ricardo was detained without cause by U.S. Immigration and Customs Enforcement agents on September 26, 2025, at around 6:00 am.

19. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is Ricardo's immediate custodian.

## CLAIMS FOR RELIEF

### COUNT ONE

### Violation of Fifth Amendment Right to Due Process

1. On information and belief, Petitioner is currently being arrested and detained by federal agents without cause and in violation of Ricardo's constitutional rights to due process of law.

### COUNT TWO

### Violation of Court Order

2. The Petitioner repeats and re-alleges the allegations in paragraphs 1 through 20 above and incorporates them herein by reference.

3. The Defendants moved the Petitioner to a detention facility outside Massachusetts after the Court's order dated September 29, 2025, without notifying the Court as required by the Order. It is unclear when this happened. Because the Court ordered the Defendants to detain the Petitioner within the court's jurisdiction prior to when the Defendants may have violated that order, this court should retain jurisdiction over all issues raised in this Petition;

4. The Petitioner seeks an order preventing the Defendants from further relocating the Petitioner without court authority and further ordering his immediate release from his unlawful detention.

## PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Order that Petitioner shall not be further transferred outside the District of Massachusetts or to any other jurisdiction without notice and hearing;

(3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days;

(4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.

(5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately because of the violation of the Court's orders;

(6) Grant any further relief this Court deems just and proper.

Respectfully submitted,
Ricardo Barosa da Cunha,
By counsel

Dated: 9/30/2025

/s/ Julio Cortés del Olmo
BBO# 685135

## Certificate of Service

I, Julio Cortés del Olmo, hereby certify that this notice has been served on all registered parties by this Court's CM/ECF System, on September 30, 2025.